IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LARRY M. MURPHY, <br><br>　　　　　　　　　Plaintiff, <br><br>vs. <br><br>SHERWOOD CONSTRUCTION CO., INC., <br><br>　　　　　　　　　Defendant. | Case No. 19-CV-598-GKF-FHM |

## OPINION AND ORDER

Sherwood Construction Co., Inc.'s Motion to Compel, [Dkt. 19], is before the court. Plaintiff's response brief [Dkt. 21] represents that executed responses to discovery have been served on Defendant. Defendant did not file a reply brief contesting that representation or assert that the discovery responses are deficient.

Based on the representations by Plaintiff and the absence of a reply by Defendant, Sherwood Construction Co., Inc.'s Motion to Compel, [Dkt. 19], is DENIED AS MOOT.

SO ORDERED this 8th day of June, 2020.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE